> **Motion DENIED.**
>
> This the 19th day of November, 2020.
>
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-432-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES GILBERT MURPHY | **MOTION FOR REVIEW OF ORDER OF DETENTION PENDING SENTENCING** |

NOW COMES DEFENDANT Charles Gilbert Murphy, through undersigned counsel, and pursuant to 18 USC §3145, moves this Court for an order permitting him to be released to home detention with electronic monitoring pending sentencing in this matter, in light of the unique circumstances arising from the continuing and worsening COVID-19 pandemic. In support of this Motion, Defendant shows the Court the following:

1. On 17 October 2019, Defendant was indicted in this matter and charged with numerous fraud-related offenses.

2. On 22 October 2019, an initial appearance was held in this matter, wherein the Government requested detention. Undersigned counsel was appointed to represent Defendant on that date.

3. On 28 October 2019, a detention hearing was held before the Honorable Robert T. Numbers II, United States Magistrate Judge. Judge Numbers ordered that Defendant be detained in custody pending trial.